PARKER DRISCOLL APPRAISAL
702-254-0977

File No. 9-385

## APPRAISAL OF



SINGLE FAMILY RESIDENCE

### LOCATED AT:

4665 VIA SAN RAFAEL
LAS VEGAS, NV  89103-2620

### CLIENT:

GUERRA/CO JORGE L SANCHEZ
930 S FOURTH ST SUITE 211
LAS VEGAS, NV 89101

### AS OF:

June 16, 2009

### BY:

JAMES DRISCOLL
PARKER DRISCOLL APPRAISAL

PARKER DRISCOLL APPRAISAL

## Residential Appraisal Report

File No. 9-385

### PURPOSE

The purpose of this appraisal report is to provide the client with a credible opinion of the defined value of the subject property, given the intended use of the appraisal.

Client Name/Intended User **GUERRA/CO JORGE L SANCHEZ**    E-mail **JSANCHEZ@SANCHEZLAWGROUP.NET**

Client Address **930 S FOURTH ST SUITE 211**    City **LAS VEGAS**    State **NV**    Zip **89101**

Additional Intended User(s) **THIS REPORT WAS PREPARED FOR THE SOLE AND EXCLUSIVE USE OF THE CLIENT**

Intended Use **THE PURPOSE OF THIS APPRAISAL REPORT IS TO PROVIDE THE CLIENT WITH A CREDIBLE OPINION OF THE DEFINED VALUE OF THE SUBJECT PROPERTY SEE ATTACHED LIMITING CONDITIONS.**

### SUBJECT

Property Address **4665 VIA SAN RAFAEL**    City **LAS VEGAS**    State **NV**    Zip **89103-2620**

Owner of Public Record **GUERRA**    County **CLARK**

Legal Description **PARK VILLAS UNIT #2 PLAT BOOK 23 PAGE 12 LOT 31 BLOCK 3**

Assessor's Parcel # **162-18-413-018**    Tax Year **2009**    R.E. Taxes $ **1,207.98**

Neighborhood Name **PARK VILLAS #02**    Map Reference **54-A6**    Census Tract **2954**

Property Rights Appraised  [X] Fee Simple  [ ] Leasehold  [ ] Other (describe) **N/A**

### SALES HISTORY

My research [ ] did  [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Prior Sale/Transfer:  Date **N/A**    Price **N/A**    Source(s) **COUNTY RECORDS/MLS**

Analysis of prior sale or transfer history of the subject property (and comparable sales, if applicable) **THE SUBJECT HAS NOT BEEN LISTED IN THE MLS WITHIN THE PAST TWELVE MONTHS. HAS HAD NO TRANSACTIONS WITHIN THE PAST THREE YEARS. ALL SALES WERE REPORTED CLOSED WITH TYPICAL FINANCING. THE REPORTED SALES CONCESSIONS BEING PAID FOR BY THE SELLER ARE TYPICAL IN THE MARKET PLACE**

Offerings, options and contracts as of the effective date of the appraisal **N/A**

### NEIGHBORHOOD

| Neighborhood Characteristics | One-Unit Housing Trends | One-Unit Housing | Present Land Use % |
|---|---|---|---|
| Location: [ ] Urban [X] Suburban [ ] Rural | Property Values: [ ] Increasing [ ] Stable [X] Declining | PRICE / AGE | One-Unit 80 % |
| Built-Up: [X] Over 75% [ ] 25-75% [ ] Under 25% | Demand/Supply: [ ] Shortage [ ] In Balance [X] Over Supply | $(000) (yrs) | 2-4 Unit 5 % |
| Growth: [ ] Rapid [X] Stable [ ] Slow | Marketing Time: [ ] Under 3 mths [X] 3-6 mths [ ] Over 6 mths | 30 Low / 10 | Multi-Family 5 % |
| Neighborhood Boundaries **SPRING MOUNTAIN RD TO THE NORTH, FLAMINGO RD TO THE SOUTH, ARVILLE ST TO THE EAST, AND BUFFALO DR TO THE WEST** | | 235+ High / 40+ | Commercial 5 % |
| | | 85 Pred. / 25-30 | Other VACANT 5 % |

Neighborhood Description **THE SUBJECT IS LOCATED IN A RESIDENTIAL AREA WHERE THE HOMES ARE REASONABLY COMPATIBLE. STREET PATTERNS ARE GOOD SITES ARE ADEQUATE AND THE SUBJECT IS TYPICAL FOR THE NEIGHBORHOOD. NO NEIGHBORHOOD FACTORS WERE NOTED THAT WOULD ADVERSELY AFFECT THE SUBJECT PROPERTY.**

Market Conditions (including support for the above conclusions) **PREVAILING INTEREST RATES ARE RANGING FROM 4.0% TO 10.0%. TYPICALLY SELLERS ARE PAYING FROM 0 TO 3 PERCENT IN THE MARKETING OF THEIR HOMES. MARKET CONDITIONS APPEAR TO BE DECLINING WITH DECLINING PROPERTY VALUES. THIS IS DUE TO REO, SHORT SALES, AND FORECLOSURES WITHIN THE MARKET AREA**

### SITE

Dimensions **SEE ATTACHED PLAT MAP**    Area **3800 SQ FT**    Shape **RECTANGULAR**    View **TYPICAL**

Specific Zoning Classification **R-3**    Zoning Description **MULTIPLE-FAMILY RESIDENTIAL**

Zoning Compliance  [X] Legal  [ ] Legal Nonconforming (Grandfathered Use)  [ ] No Zoning  [ ] Illegal (describe) **N/A**

Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use?  [X] Yes  [ ] No  If No, describe. **N/A**

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | X | | Water | X | | Street ASPHALT | X | |
| Gas | X | | Sanitary Sewer | X | | Alley NONE/TYPICAL | | |

Site Comments **NO ADVERSE EASEMENTS OR ENCROACHMENTS WERE APPARENT. HOWEVER, MY INSPECTION WAS MADE WITHOUT THE BENEFIT OF A TITLE REPORT OR SURVEY.**

### IMPROVEMENTS

| GENERAL DESCRIPTION | FOUNDATION | EXTERIOR DESCRIPTION materials | INTERIOR materials |
|---|---|---|---|
| Units: [X] One [ ] One w/Acc. unit | [X] Concrete Slab  [ ] Crawl Space | Foundation Walls CONCRETE/AVG | Floors N/A |
| # of Stories ONE | [ ] Full Basement  [ ] Partial Basement | Exterior Walls FR/STUCCO/AVG | Walls N/A |
| Type [ ] Det. [X] Att. [ ] S-Det./End Unit | Basement Area 0.0000 sq. ft. | Roof Surface ASHP/SHNG/AVG | Trim/Finish N/A |
| [X] Existing [ ] Proposed [ ] Under Const. | Basement Finish N/A % | Gutters & Downspouts NONE | Bath Floor N/A |
| Design (Style) 1 STORY/TWN | [ ] Outside Entry/Exit  [ ] Sump Pump | Window Type ALUM SLIDE/AVG | Bath Wainscot N/A |
| Year Built 1979 | | Storm Sash/Insulated NONE | Car Storage [ ] None |
| Effective Age (Yrs) 10-15 | | Screens YES/AVG | [X] Driveway # of Cars 2 |
| Attic [ ] None | Heating [X] FWA [ ] HW [ ] Radiant | Amenities [ ] WoodStove(s) # | Driveway Surface CONCRETE |
| [ ] Drop Stair [ ] Stairs | [ ] Other  Fuel GAS | [ ] Fireplace(s) # [X] Fence C-BLK | [X] Garage # of Cars 1 |
| [ ] Floor [X] Scuttle | Cooling [X] Central Air Conditioning | [X] Patio/Deck PATIO [ ] Porch | [X] Carport # of Cars 1 |
| [ ] Finished [ ] Heated | [ ] Individual [ ] Other | [X] Pool IN GROUND [ ] Other | [X] Att. [ ] Det. [ ] Built-in |
| Appliances [ ] Refrigerator [ ] Range/Oven | [ ] Dishwasher [ ] Disposal [ ] Microwave [ ] Washer/Dryer | [ ] Other (describe) EXTERIOR ONLY | |

Finished area above grade contains:  **5** Rooms  **3** Bedrooms  **2** Bath(s)  **1,036** Square Feet of Gross Living Area Above Grade

Additional Features **EXTERIOR INSPECTION ONLY**

Comments on the Improvements **THE QUALITY OF CONSTRUCTION AND MATERIALS APPEARS TO BE AVERAGE WITH AVERAGE MAINTENANCE, NO FUNCTIONAL OR EXTERNAL INADEQUACIES NOTED. FURTHER, IT SHOULD BE NOTED THIS IS AN EXTERIOR ONLY APPRAISAL. THE APPRAISER ASSUMES NO LIABILITY FOR FUNCTIONAL INADEQUACIES, DEFECTS, OR CONDITIONS WHICH MAY BE PRESENT BUT NOT OBSERVABLE FROM THE STREET. PLEASE NOTE: THE APPRAISER IS NOT AN EXPERT IN THIS FIELD, IF FURTHER ASSISTANCE IS REQUIRED THE APPRAISER RECOMMENDS AN INSPECTION BY A LICENSED EXPERT IN THE FIELD**



PARKER DRISCOLL APPRAISAL

# Residential Appraisal Report

File No. 9-385

| FEATURE | SUBJECT | COMPARABLE SALE NO. 1 | | COMPARABLE SALE NO. 2 | | COMPARABLE SALE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 4665 VIA SAN RAFAEL LAS VEGAS | 4024 CALLE PAULA 162-18-413-062 | | 3932 CALLE MIRADOR 162-18-412-040 | | 4475 VIA SAN RAFAEL 162-18-414-033 | |
| Proximity to Subject | | 0.07 MILES WNW | | 0.26 MILES ENE | | 0.17 MILES E | |
| Sale Price | $ N/A | $ 67,000 | | $ 80,000 | | $ 78,000 | |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 64.67 sq. ft. | | $ 77.22 sq. ft. | | $ 75.29 sq. ft. | |
| Data Source(s) | CNTY REC/INSPC | COUNTY RECORDS/MLS | | COUNTY RECORDS/MLS | | COUNTY RECORDS/MLS | |
| Verification Source(s) | DOC# | 20090521-05652 | | 20090526-03816 | | 20090529-02174 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | N/A N/A | CASH NO CONCESS | | CASH NO CONCESS | | CASH SLR PD 3% | 0 |
| Date of Sale/Time | N/A | 05/21/2009 | 0 | 05/26/2009 | 0 | 05/29/2009 | 0 |
| Location | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 3800 SQ FT | 3800 SQ FT | | 3800 SQ FT | | 3800 SQ FT | |
| View | TYPICAL | TYPICAL | | TYPICAL | | TYPICAL | |
| Design (Style) | 1 ST TWN/AVG | 1 ST TWN/AVG | | 1 ST TWN/AVG | | 1 ST TWN/AVG | |
| Quality of Construction | STU/SHNG/AVG | STU/SHNG/AVG | | STU/SHNG/AVG | | STU/SHNG/AVG | |
| Actual Age | 1979 | 1979 | | 1981 | 0 | 1979 | |
| Condition | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Above Grade Room Count | Total 5 Bdrms. 3 Baths 2 | Total 5 Bdrms. 3 Baths 2 | | Total 5 Bdrms. 3 Baths 2 | | Total 5 Bdrms. 3 Baths 2 | |
| Gross Living Area | 1,036 sq. ft. | 1,036 sq. ft. | | 1,036 sq. ft. | | 1,036 sq. ft. | |
| Basement & Finished Rooms Below Grade | NONE MLS# N/A | NONE MLS# 919372 (DOM 65) | REO | NONE MLS# 922551 (DOM 62) | REO | NONE MLS# 934174 (DOM 21) | REO |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | FWA/C. REF | FWA/C. REF | | FWA/C. REF | | FWA/C. REF | |
| Energy Efficient Items | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Garage/Carport | 1 GARAGE/1CARPORT | 1 GARAGE/1CARPORT | | 1 GARAGE/1CARPORT | | 1 GARAGE/1CARPORT | |
| Porch/Patio/Deck | PORCH/PATIO | PORCH/PATIO | | PORCH/PATIO | | PORCH/PATIO | |
| | POOL/N SPA | N POOL/N SPA | +10,000 | N POOL/N SPA | +10,000 | N POOL/N SPA | +10,000 |
| | UPGRADES | SIMILAR | | | | SIMILAR | |
| Net Adjustment (Total) | | [X] + [ ] - $ | 10,000 | [X] + [ ] - $ | 10,000 | [X] + [ ] - $ | 10,000 |
| Adjusted Sale Price of Comparables | | Net Adj. 14.9% Gross Adj. 14.9% $ | 77,000 | Net Adj. 12.5% Gross Adj. 12.5% $ | 90,000 | Net Adj. 12.8% Gross Adj. 12.8% $ | 88,000 |

Summary of Sales Comparison Approach   THE APPRAISER IS LIMITED IN THE SELECTION OF COMPARABLE SALES THAT ARE VERIFIABLE IN THE MARKET PLACE. TYPICAL BUYERS IN THE SUBJECT PRICE RANGE IN THIS LOCALITY WILL CONSIDER AND COMPARE HOMES WITHIN SEVERAL MILES FROM THE SUBJECT PROPERTY. ALL SELECTED COMPARABLES ARE IN THE SUBJECT'S COMPETITIVE MARKET AREA. THE SELECTED SALES WERE THE BEST INDICATORS IN VALUE AND MOST COMPARABLE TO THE SUBJECT.

## COST APPROACH TO VALUE

Site Value Comments   N/A

ESTIMATED [ ] REPRODUCTION OR [ ] REPLACEMENT COST NEW    OPINION OF SITE VALUE ......................................... = $
Source of cost data  N/A                                    Dwelling        1,036 Sq. Ft. @ $           ............. = $    0
Quality rating from cost service  N/A    Effective date of cost data  N/A              Sq. Ft. @ $           ............. = $
Comments on Cost Approach (gross living area calculations, depreciation, etc.)
N/A                                                         Garage/Carport  260 Sq. Ft. @ $           ............. = $    0
                                                            Total Estimate of Cost-New                ............. = $    0
                                                            Less    Physical    Functional    External
                                                            Depreciation                             = $ (         0)
                                                            Depreciated Cost of Improvements ............... = $    0
                                                            "As-is" Value of Site Improvements ............... = $
                                                            INDICATED VALUE BY COST APPROACH ............... = $    0

## INCOME APPROACH TO VALUE

Estimated Monthly Market Rent $     N/A  X Gross Rent Multiplier    N/A  = $     N/A  Indicated Value by Income Approach
Summary of Income Approach (including support for market rent and GRM)  N/A

Indicated Value by:  Sales Comparison Approach $ 80,000    Cost Approach (if developed) $ 0    Income Approach (if developed) $ N/A
THE SALES COMPARISON APPROACH PROVIDES THE MOST DEFENSIBLE METHOD OF DETERMINING VALUE FOR SINGLE FAMILY RESIDENTIAL PROPERTIES. THE COST APPROACH HAS NO BEARING ON FINAL CONCLUSION. THE INCOME APPROACH LACKS SUFFICIENT DATA TO JUSTIFY VALUE.

This appraisal is made  [X] "as is,"  [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed  [ ] subject to the following:
THIS IS A GENERAL PURPOSE APPRAISAL REPORT, FORM GPAR1004 EXTERIOR APPRAISAL/SUMMARY REPORT FOR THE SOLE AND EXCLUSIVE USE OF THE CLIENT

Based on the scope of work, assumptions, limiting conditions and appraiser's certification, my (our) opinion of the defined value of the real property that is the subject of this report is $ 80,000         as of 06/16/2009                                  , which is the effective date of this appraisal.



Produced using ACI software, 800.234.8727 www.aciweb.com
Page 2 of 2
Parker Driscoll Appraisal

This form Copyright © 2005-2006 ACI Division of ISO Claims Services, Inc., All Rights Reserved.
(GPAR™) General Purpose Appraisal Report  12/2005
GPAR1004_05 01232007

PARKER DRISCOLL APPRAISAL

## Residential Appraisal Report

File No. 9-385

| FEATURE | SUBJECT | COMPARABLE SALE NO. 4 | | COMPARABLE SALE NO. 5 | | COMPARABLE SALE NO. 6 | |
|---|---|---|---|---|---|---|---|
| Address | 4665 VIA SAN RAFAEL LAS VEGAS | 7033 GRASSY KNOLL ST 163-15-811-174 | | 3964 CALLE PAULA 162-18-410-061 | | | |
| Proximity to Subject | | 2.26 MILES W | | 0.09 MILES NW | | | |
| Sale Price | $ N/A | $ 69,000 | | $ 90,000 | | $ | |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 52.63 sq. ft. | | $ 91.00 sq. ft. | | $ sq. ft. | |
| Data Source(s) | CNTY REC/INSPC | COUNTY RECORDS/MLS | | COUNTY RECORDS/MLS | | | |
| Verification Source(s) | DOC# | 20090410-02488 | | LISTING | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | N/A N/A | CASH NO CONCESS | | LISTING LISTING | | | |
| Date of Sale/Time | N/A | 04/10/2009 | -2,139 | LISTING | -4,500 | | |
| Location | AVERAGE | AVERAGE | | AVERAGE | | | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | | |
| Site | 3800 SQ FT | 5198 SQ FT | -1,400 | 3800 SQ FT | | | |
| View | TYPICAL | TYPICAL | | TYPICAL | | | |
| Design (Style) | 1 ST TWN/AVG | 1 STORY/AVG | | 1 STORY/AVG | | | |
| Quality of Construction | STU/SHNG/AVG | STU/SHNG/AVG | | STU/SHNG/AVG | | | |
| Actual Age | 1979 | 1979 | 0 | 1979 | 0 | | |
| Condition | AVERAGE | AVERAGE | | AVERAGE | | | |
| Above Grade Room Count | Total 5 / Bdrms. 3 / Baths 2 | Total 5 / Bdrms. 3 / Baths 2 | | Total 4 / Bdrms. 2 / Baths 2 | +3500 BR 0 | Total / Bdrms. / Baths | |
| Gross Living Area | 1,036 sq. ft. | 1,311 sq. ft. | -4,125 | 989 sq. ft. | 0 | sq. ft. | |
| Basement & Finished Rooms Below Grade | NONE MLS# N/A | NONE MLS# 881208 (DOM 161) | REO | NONE MLS# 930257 (DOM 55) | SHORT SALE | | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | | |
| Heating/Cooling | FWA/C. REF | FWA/C. REF | | FWA/C. REF | | | |
| Energy Efficient Items | AVERAGE | AVERAGE | | AVERAGE | | | |
| Garage/Carport | 1 GARAGE/1CARPORT | 1 GARAGE/1CARPORT | | 1 GARAGE/1CARPORT | | | |
| Porch/Patio/Deck | PORCH/PATIO | PORCH/PATIO | | PORCH/PATIO | | | |
| | POOL/N SPA | POOL/N SPA | | POOL/ SPA | -5,000 | | |
| | UPGRADES | SIMILAR | | SIMILAR | | | |
| Net Adjustment (Total) | | [ ]+ [X]- $ 7,664 | | [ ]+ [X]- $ 6,000 | | [X]+ [ ]- $ 0 | |
| Adjusted Sale Price of Comparables | | Net Adj. -11.1% Gross Adj. 11.1% $ 61,336 | | Net Adj. -6.7% Gross Adj. 14.4% $ 84,000 | | Net Adj. 0.0% Gross Adj. 0.0% $ 0 | |
| Summary of Sales Comparison Approach | SEE ATTACHED ADDENDUM. | | | | | | |

SALES COMPARISON APPROACH



**ADDENDUM**

| | |
|---|---|
| Client: GUERRA/CO JORGE L SANCHEZ | File No.: 9-385 |
| Property Address: 4665 VIA SAN RAFAEL | Case No.: |
| City: LAS VEGAS                    State: NV | Zip: 89103-2620 |

**Comments on Sales Comparison**

THE APPRAISAL IS BASED ON THE INFORMATION GATHERED BY THE APPRAISER FROM PUBLIC RECORDS, OTHER IDENTIFIED SOURCES, INSPECTION OF THE SUBJECT PROPERTY AND NEIGHBORHOOD AND SELECTION OF COMPARABLE SALES WITHIN THE SUBJECT MARKET AREA. THE ORIGINAL SOURCE OF THE COMPARABLE IS SHOWN IN THE "DATA SOURCE" SECTION OF THE MARKET GRID ALONG WITH THE SOURCE OF CONFIRMATION, IF AVAILABLE. THE ORIGINAL SOURCE IS PRESENTED FIRST. THE SOURCES AND DATA ARE CONSIDERED RELIABLE, WHEN CONFLICTING INFORMATION IS PROVIDED THE SOURCE DEEMED MOST RELIABLE HAS BEEN USED. DATA BELIEVED TO BE UNRELIABLE HAS NOT BEEN INCLUDED IN THE REPORT OR USED AS A BASIS FOR THE VALUE CONCLUSION.

PHYSICAL DEPRECIATION IS BASED ON THE ESTIMATED EFFECTIVE AGE OF THE SUBJECT PROPERTY AND STANDARD RATES OF DEPRECIATION WITHIN THE LOCAL MARKET. FUNCTIONAL AND/OR EXTERNAL DEPRECIATION, IF PRESENT, ARE SPECIFICALLY ADDRESSED IN THE APPRAISAL REPORT OR ADDENDUM.

IT IS NOT KNOWN BY THIS APPRAISER IF THERE IS ANY PENDING LEGAL ACTION AGAINST THIS BUILDER. IT IS BELIEVED THAT THERE IS NONE. HOWEVER, THIS APPRAISER AND/OR OFFICE WILL NOT BE HELD RESPONSIBLE IF ANY INFORMATION HAS BEEN WITHHELD. IT IS THIS APPRAISERS OPINION THAT THE WORKMANSHIP IS CONSISTENT WITH OTHER HOMES IN THIS AREA. ADDITIONALLY, THERE WERE NO OBVIOUS DEFICIENCIES NOTED AT THE TIME OF INSPECTION.

IN ADDITION, THE APPRAISER MAKES NO WARRANTIES AS TO THE OWNER'S ATTAINMENT OF PERMITS FOR ANY MODIFICATIONS TO THE SUBJECT PROPERTY AND ACCEPTS NO LIABILITY FOR ANY NON DISCLOSURE.

NO VALUE WAS GIVEN TO PERSONAL PROPERTY.

THERE HAVE BEEN APPROXIMATELY 29 COMPARABLE TRANSFERS WITHIN THE PAST 12 MONTHS RANGING FROM $49,900 TO $168,191, OF THESE APPROXIMATELY 7 APPEAR TO BE OPEN MARKET SALES RANGING FROM $112,000 TO $168,191. THERE WERE 4 FORECLOSURES RANGING FROM $70,368 TO $107,250, AND 18 REO SALES RANGING FROM $49,900 TO $130,000, BANK ACTIVITY ACCOUNTS FOR APPROXIMATELY 76% OF ALL TRANSFERS.

COUNTY RECORDS REFLECT PREVIOUS OWNER AND CURRENT OWNER, THEREFORE, SHORT SALE TRANSFERS MAY APPEAR TO BE OPEN MARKET. THE TRANSFERS ALSO INCLUDE PRIVATE TRANSFER ACTIVITY WHICH IS NOT INCLUDED IN THE MLS DATA PRESENTED. FURTHER, COUNTY RECORDS MAY NOT REFLECT THE MOST RECENT CLOSED MLS TRANSFERS DUE TO THE DELAY IN RECORDING.

THERE ARE CURRENTLY 15 ACTIVE LISTINGS OF THESE THERE ARE 3 OPEN MARKET LISTINGS RANGING FROM $129,000, TO $150,000, AND 12 REO/SHORT SALES LISTINGS RANGING FROM $59,000 TO $249,000. BANK ACTIVITY EQUATES TO APPROXIMATELY 80% OF ALL COMPARABLE LISTINGS AND PENDING SALES.

DAYS ON MARKET ARE NOT REFLECTIVE OF MARKET EXPOSURE TIME DUE TO CHANGES TO THE AMOUNTS OF THE ORIGINAL LIST PRICE, RESETTING THE DOM, AND SALE TO LIST PRICE RATIO. ACCORDING TO THE MLS THE AVERAGE DOM IS APPROXIMATELY 103 DAYS, AND THE AVERAGE SALES PRICE TO LIST PRICE RATIO IS APPROXIMATELY 95%. ACTUAL MARKET TIME APPEARS TO BE 3-6 MONTHS. THE RATE OF DECLINE APPEARS TO BE APPROXIMATELY 38% PER YEAR, OR 3.1% PER MONTH. THE APPRAISER HAS RESEARCHED COMPARABLES FOR THE PAST 12 MONTHS, AND COMPARABLE LISTINGS, THE WIDE RANGE IS DUE TO THE BANK ACTIVITY (FORECLOSURES, REO SALES, AND SHORT SALES), A TIGHTENING CREDIT MARKET, AN OVERSUPPLY OF INVENTORY. THE RATE OF DECLINE IS LINEAR FOR THE PAST 12 MONTHS HOWEVER IT APPEARS TO BE RAPIDLY INCREASING DUE TO BANK ACTIVITY FOR SIMILAR COMPETING HOMES WITHIN THE MARKET AREA

REO/SHORT SALES HAVE BEEN UTILIZED IN THE PREPARATION OF THIS REPORT DUE TO THE FACT THEY ARE DRIVING THE MARKET

NOTE: COMPARABLE #4 EXCEED THE PREFERRED 1 MILE DISTANCE GUIDELINE. ALTHOUGH IT WAS NECESSARY TO EXCEED THIS GUIDELINE DUE TO THE LACK OF SIMILAR, PROXIMATE SALES WITH POOL IMPROVEMENTS, THE COMPARABLES USED STILL FALL WITHIN THE SUBJECTS MARKET AREA.

COMPARABLE #5 IS A LISTING. THIS COMPARABLE WAS USED BECAUSE IT IS SIMILAR IN GROSS LIVING AREA, AND STYLE AND IS A GOOD INDICATOR OF VALUE. LITTLE OR NO WEIGHT HAS BEEN GIVEN TO THIS COMPARABLE DUE TO THE FACT IT IS A LISTING

COMPARABLES #1, #2, AND #3 EXCEED RECOMMENDED GUIDELINES OF 10% FOR LINE ITEM ADJUSTMENT, THIS IS DUE TO INFERIOR POOL IMPROVEMENTS

THE GROSS LIVING AREA OF COMPARABLE #4 EXCEEDS 20% OF THAT OF THE SUBJECT, THIS COMPARABLE WAS UTILIZED DUE TO LIMITED TOWNHOMES WITH POOL IMPROVEMENTS WITHIN THE MARKET AREA

File No. 9-385

## Scope of Work, Assumptions and Limiting Conditions

Scope of work is defined in the Uniform Standards of Professional Appraisal Practice as " the type and extent of research and analyses in an assignment."  In short, scope of work is simply  what the appraiser did and did not do during the course of the assignment.  It includes, but is not limited to:  the extent to which the property is identified and inspected,  the type and extent of data researched,  the type and extent of analyses applied to arrive at opinions or conclusions.

The scope of this appraisal and ensuing discussion in this report are specific to the needs of the client, other identified intended users and to the intended use of the report.  This report was prepared for the sole and exclusive use of the client and other identified intended users for the identified intended use and its use by any other parties is prohibited.  The appraiser is not responsible for unauthorized use of the report.

The appraiser's certification appearing in this appraisal report is subject to the following conditions and to such other specific conditions as are set forth by the appraiser in the report.  All extraordinary assumptions and hypothetical conditions are stated in the report and might have affected the assignment results.

1. The appraiser assumes no responsibility for matters of a legal nature affecting the property appraised or title thereto, nor does the appraiser render any opinion as to the title, which is assumed to be good and marketable.  The property is appraised as though under responsible ownership.

2. Any sketch in this report may show approximate dimensions and is included only to assist the reader in visualizing the property.  The appraiser has made no survey of the property.

3. The appraiser is not required to give testimony or appear in court because of having made the appraisal with reference to the property in question, unless arrangements have been previously made thereto.

4. Neither all, nor any part of the content of this report, copy or other media thereof (including conclusions as to the property value, the identity of the appraiser, professional designations, or the firm with which the appraiser is connected), shall be used for any purposes by anyone but the client and other intended users as identified in this report, nor shall it be conveyed by anyone to the public through advertising, public relations, news, sales, or other media, without the written consent of the appraiser.

5. The appraiser will not disclose the contents of this appraisal report unless required by applicable law or as specified in the Uniform Standards of Professional Appraisal Practice.

6. Information, estimates, and opinions furnished to the appraiser, and contained in the report, were obtained from sources considered reliable and believed to be true and correct.  However, no responsibility for accuracy of such items furnished to the appraiser is assumed by the appraiser.

7. The appraiser assumes that there are no hidden or unapparent conditions of the property, subsoil, or structures, which would render it more or less valuable.  The appraiser assumes no responsibility for such conditions, or for engineering or testing, which might be required to discover such factors.  This appraisal is not an environmental assessment of the property and should not be considered as such.

8. The appraiser specializes in the valuation of real property and is not a home inspector, building contractor, structural engineer, or similar expert, unless otherwise noted.  The appraiser did not conduct the intensive type of field observations of the kind intended to seek and discover property defects.  The viewing of the property and any improvements is for purposes of developing an opinion of the defined value of the property, given the intended use of this assignment.  Statements regarding condition are based on surface observations only.  The appraiser claims no special expertise regarding issues including, but not limited to: foundation  settlement, basement moisture problems, wood destroying (or other) insects, pest infestation, radon gas, lead based paint, mold or environmental issues.  Unless otherwise indicated, mechanical systems were not activated or tested.

This appraisal report should not be used to disclose the condition of the property as it relates to the presence/absence of defects.  The client is invited and encouraged to employ qualified experts to inspect and address areas of concern.  If negative conditions are discovered, the opinion of value may be affected.

Unless otherwise noted, the appraiser assumes the components that constitute the subject property improvement(s) are fundamentally sound and in working order.

Any viewing of the property by the appraiser was limited to readily observable areas.  Unless otherwise noted, attics and crawl space areas were not accessed.  The appraiser did not move furniture, floor coverings or other items that may restrict the viewing of the property.

9. Appraisals involving hypothetical conditions related to completion of new construction, repairs or alteration are based on the assumption that such completion, alteration or repairs will be competently performed.

10. Unless the intended use of this appraisal specifically includes issues of property insurance coverage, this appraisal should not be used for such purposes.  Reproduction or Replacement cost figures used in the cost approach are for valuation purposes only, given the intended use of the assignment.  The Definition of Value used in this assignment is unlikely to be consistent with the definition of Insurable Value for property insurance coverage/use.

11. The ACI General Purpose Appraisal Report (GPAR™) is not intended for use in transactions that require a Fannie Mae 1004/Freddie Mac 70 form, also known as the Uniform Residential Appraisal Report (URAR).

Additional Comments Related To Scope Of Work, Assumptions and Limiting Conditions
THE PURPOSE OF THIS APPRAISAL REPORT IS TO PROVIDE THE CLIENT WITH A CREDIBLE OPINION OF VALUE OF THE SUBJECT PROPERTY, AS OF 06/16/2009 FOR PRIVATE PURPOSES  SEE ATTACHED LIMITING CONDITIONS.


gpar™
general purpose appraisal report

Produced using ACI software, 800.234.8727 www.aciweb.com

This form Copyright © 2005-2006 ACI Division of ISO Claims Services, Inc.,  All Rights Reserved.
(GPAR™) General Purpose Appraisal Report  12/2005
GPARLIM_05 01082007

File No. 9-385

## Appraiser's Certification

The appraiser(s) certifies that, to the best of the appraiser's knowledge and belief:

1. The statements of fact contained in this report are true and correct.

2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are the appraiser's personal, impartial, and unbiased professional analyses, opinions, and conclusions.

3. Unless otherwise stated, the appraiser has no present or prospective interest in the property that is the subject of this report and has no personal interest with respect to the parties involved.

4. The appraiser has no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

5. The appraiser's engagement in this assignment was not contingent upon developing or reporting predetermined results.

6. The appraiser's compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

7. The appraiser's analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

8. Unless otherwise noted, the appraiser has made a personal inspection of the property that is the subject of this report.

9. Unless noted below, no one provided significant real property appraisal assistance to the appraiser signing this certification. Significant real property appraisal assistance provided by:
N/A

Additional Certifications:
N/A

Definition of Value:  [X] Market Value   [ ] Other Value:
Source of Definition: FANNIE MAE FORM 1004 MARCH 2005

DEFINITION OF MARKET VALUE
THE MOST PROBABLE PRICE WHICH A PROPERTY SHOULD BRING IN A COMPETITIVE AND OPEN MARKET UNDER ALL CONDITIONS REQUISITE TO A FAIR SALE, THE BUYER AND SELLER, EACH ACTING PRUDENTLY, KNOWLEDGEABLY AND ASSUMING THE PRICE IS NOT AFFECTED BY UNDUE STIMULUS.  IMPLICIT IN THIS DEFINITION IS THE CONSUMMATION OF A SALE AS OF A SPECIFIED DATE AND THE PASSING OF TITLE FROM  SELLER TO BUYER UNDER CONDITIONS WHEREBY: (1) BUYER AND SELLER ARE TYPICALLY MOTIVATED; (2) BOTH PARTIES ARE WELL INFORMED OR WELL ADVISED, AND EACH ACTING IN WHAT HE OR SHE CONSIDERS HIS OR HER OWN BEST INTEREST; (3) A REASONABLE TIME IS ALLOWED FOR EXPOSURE IN THE OPEN MARKET; (4) PAYMENT IS MADE IN TERMS OF CASH IN US DOLLARS OR IN TERMS OF FINANCIAL ARRANGEMENTS COMPARABLE THERETO; AND (5) THE PRICE REPRESENTS THE NORMAL CONSIDERATION FOR THE PROPERTY SOLD UNAFFECTED BY SPECIAL OR CREATIVE FINANCING OR SALES CONCESSIONS GRANTED BY ANYONE ASSOCIATED WITH THE SALE.

THE PURPOSE OF THIS APPRAISAL REPORT IS TO PROVIDE THE CLIENT WITH A CREDIBLE OPINION OF THE  VALUE OF THE SUBJECT PROPERTY, AS OF 06/16/2009, FOR PRIVATE PURPOSES  SEE ATTACHED LIMITING CONDITIONS.

ADDRESS OF THE PROPERTY APPRAISED:
4665 VIA SAN RAFAEL
LAS VEGAS, NV 89103-2620
EFFECTIVE DATE OF THE APPRAISAL:  06/16/2009
APPRAISED VALUE OF THE SUBJECT PROPERTY  $ 80,000

| APPRAISER | SUPERVISORY APPRAISER |
|---|---|
| Signature: *(signed)* | Signature: |
| Name: JAMES DRISCOLL | Name: |
| State Certification # A.0006362-CR | State Certification # |
| or License # | or License # |
| or Other (describe):     State #: | State: |
| State: NV | Expiration Date of Certification or License: |
| Expiration Date of Certification or License: 12/31/2009 | Date of Signature: |
| Date of Signature and Report: 06/18/2009 | Date of Property Viewing: |
| Date of Property Viewing:  06/16/2009 | Degree of property viewing: |
| Degree of property viewing: | [ ] Interior and Exterior   [ ] Exterior Only   [ ] Did not personally view |
| [ ] Interior and Exterior   [X] Exterior Only   [ ] Did not personally view | |



Produced using ACI software, 800.234.8727 www.aciweb.com    This form Copyright © 2005-2006 ACI Division of ISO Claims Services, Inc., All Rights Reserved.
(GPAR™) General Purpose Appraisal Report  12/2005
GPARLIM_05 01082007

Parker Driscoll Appraisal



PLAT MAP

| Client: | GUERRA/CO JORGE L SANCHEZ | File No.: | 9-385 |
|---|---|---|---|
| Property Address: | 4665 VIA SAN RAFAEL | Case No.: | |
| City: LAS VEGAS | | State: NV | Zip: 89103-2620 |



FLOOD MAP

| | |
|---|---|
| Client: GUERRA/CO JORGE L SANCHEZ | File No.: 9-385 |
| Property Address: 4665 VIA SAN RAFAEL | Case No.: |
| City: LAS VEGAS    State: NV | Zip: 89103-2620 |



LOCATION MAP

| Client: | GUERRA/CO JORGE L SANCHEZ | File No.: | 9-385 |
|---|---|---|---|
| Property Address: | 4665 VIA SAN RAFAEL | Case No.: | |
| City: LAS VEGAS | | State: NV | Zip: 89103-2620 |



### SUBJECT PROPERTY PHOTO ADDENDUM

| | |
|---|---|
| Client: GUERRA/CO JORGE L SANCHEZ | File No.: 9-385 |
| Property Address: 4665 VIA SAN RAFAEL | Case No.: |
| City: LAS VEGAS    State: NV | Zip: 89103-2620 |



FRONT VIEW OF
SUBJECT PROPERTY

Appraised Date: June 16, 2009
Appraised Value: $ 80,000



REAR VIEW OF
SUBJECT PROPERTY



STREET SCENE

COMPARABLE PROPERTY PHOTO ADDENDUM

| | |
|---|---|
| Client: GUERRA/CO JORGE L SANCHEZ | File No.: 9-385 |
| Property Address: 4665 VIA SAN RAFAEL | Case No.: |
| City: LAS VEGAS  State: NV | Zip: 89103-2620 |



### COMPARABLE SALE #1

4024 CALLE PAULA
162-18-413-062
Sale Date: 05/21/2009
Sale Price: $ 67,000



### COMPARABLE SALE #2

3932 CALLE MIRADOR
162-18-412-040
Sale Date: 05/26/2009
Sale Price: $ 80,000



### COMPARABLE SALE #3

4475 VIA SAN RAFAEL
162-18-414-033
Sale Date: 05/29/2009
Sale Price: $ 78,000

COMPARABLE PROPERTY PHOTO ADDENDUM

| | |
|---|---|
| Client: GUERRA/CO JORGE L SANCHEZ | File No.: 9-385 |
| Property Address: 4665 VIA SAN RAFAEL | Case No.: |
| City: LAS VEGAS  State: NV | Zip: 89103-2620 |



COMPARABLE SALE #4

7033 GRASSY KNOLL ST
163-15-811-174
Sale Date: 04/10/2009
Sale Price: $ 69,000



COMPARABLE SALE #5

3964 CALLE PAULA
162-18-410-061
Sale Date: LISTING
Sale Price: $ 90,000

COMPARABLE SALE #6

Sale Date:
Sale Price: $