

Entered on Docket
November 05, 2009

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
Wells Fargo Bank, N.A.
09-74468 / 0631924099

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In Re:

John T. Luciano and Margaret R. Luciano

Debtors.

BK-S-09-20966-bam

MS Motion No.
Date: September 29, 2009
Time: 1:30 p.m.

Chapter 13

## ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtors will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 2 Monthly Payments(s) at $937.99 | $1,875.98 |
| (August 1, 2009 - September 1, 2009) | |
| 2 Late Charge(s) at $29.61 | $59.22 |
| (August 1, 2009 - September 1, 2009) | |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $750.00 |
| Suspense Amount | (-$931.45) |
| Total | $1,903.75 |

The above arrearage shall be paid in six (6) monthly installments of $317.29 and (1) final monthly installment of $317.30. These payments shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the October 20, 2009 payment and continuing throughout and concluding on or before March 20, 2010.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtors shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the October 1, 2009, payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 201 Moose Ln., Las Vegas, NV 89145, and legally described as follows:

LOT ONE HUNDRED FIVE (105) IN BLOCK THREE (3) OF WILLOWCREST UNIT 2, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 30, OF PLATS, PAGE 27, AND AS AMENDED BY CERTIFICATE OF AMENDMENT RECORDED .NOVEMBER. 3,1983 IN BOOK 1828 'AS DOCUMENT NO, 1787669 OF OFFICIAL RECORDS. IN THE OFFICE Of THE COUNTY RECORDER OF CLARK COUNTY. NEVADA.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this

1  Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may
2  thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable
3  State Law, and take any action necessary to obtain complete possession thereof.

Submitted by:
WILDE & ASSOCIATES

By_____
GREGORY L. WILDE, ESQ.
Attorneys for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

Rick A. Yarnall

By_____ 10-28-09

Rick A. Yarnall
Chapter 13 Trustee
701 Bridger Avenue #820
Las Vegas, NV 89101

Anthony Deluca

By_____

Anthony Deluca
Attorney for Debtors
5830 W. Flamingo Rd., #233
Las Vegas, NV 89103

Nevada Bar No. 6952